```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HSBC BANK USA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| YOSEF MEIR | : | NO. 02-3835 |

<u>ORDER</u>

AND NOW, this 3rd day of September, 2002, upon consideration of defendant's "petition for relief and/or to open judgment" (docket entry # 3), which we construe as a motion brought under Fed. R. Civ. P. 60(b), <u>see</u> <u>F.D.I.C. v. Deglau</u>, 207 F.3d 153, 161 (3d Cir. 2000), and the Court finding that:

(a) Defendant's abbreviated motion stated that he would supplement his motion on July 30, 2002; and

(b) Defendant has not supplemented his motion to date; IT IS HEREBY ORDERED that:

1. Defendant may file a supplemental motion by September 17, 2002; and

2. Upon defendant's failure to file a supplemental motion by September 17, 2002, plaintiff may respond to the motion as presently filed.

BY THE COURT:

_____
Stewart Dalzell, J.