```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HSBC BANK USA                    :          CIVIL ACTION
                                 :
      v.                         :
                                 :
YOSEF MEIR                       :          NO. 02-3835
```

                            <u>ORDER</u>

        AND NOW, this 1st day of October, 2002, upon

consideration of the plaintiff's unopposed telephonic request for

an enlargement of time to respond to the plaintiff's motion for

relief from judgment, IT IS HEREBY ORDERED that the plaintiff

shall respond by October 11, 2002.


                        BY THE COURT:


                        _____
                        Stewart Dalzell, J.