```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HSBC BANK USA | : | CIVIL ACTION |
| v. | : | |
| YOSEF MEIR | : | NO. 02-3835 |

ORDER

AND NOW, this 13th day of November, 2002, upon consideration of defendant's letter notifying the Court that he withdraws his petition for relief from judgment[1] (docket entry #3) pursuant to an agreement with plaintiff, it is hereby ORDERED that:

    1. The Clerk of Court shall DOCKET the attached letter;

    2. The Clerk of Court shall MARK defendant's petition (docket entry # 3) as WITHDRAWN WITHOUT PREJUDICE; and

    3. The Clerk of Court shall CLOSE this case statistically.

                                          BY THE COURT:

                                          _____
                                          Stewart Dalzell, J.

---

1. We have construed defendant's petition (docket entry #3) as a motion for relief from judgment brought under Fed. R. Civ. P. 60(b).  See Order of September 3, 2002.